IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MIGUEL A. RODRIGUEZ RODRIGUEZ
ERICA PEREZ RODRIGUEZ

DEBTORS

CASE NO. 11-05769-BKT

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
## AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COME NOW, **MIGUEL A. RODRIGUEZ RODRIGUEZ and ERICA PEREZ RODRIGUEZ** debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. Debtors are hereby submitting an amended Plan dated December 7, 2011, herewith and attached to this motion.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtors, Miguel A. Rodriguez Rodriguez and Erica Perez Rodriguez and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 7th day of December, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:  Case No. **11-05769-13**

**RODRIGUEZ RODRIGUEZ, MIGUEL ANGEL & PEREZ RODRIGUEZ, ERICA**   Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE  ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **12/07/2011**
Filed by: ☑ Debtor  ☐ Trustee  ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **51** = $ **12,750.00**
$ **650.00** x **9** = $ **5,850.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **18,600.00**

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:
☐ Sale of Property identified as follows:
_____

☐ Other: _____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **18,600.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,874.00**

Signed: **/s/ MIGUEL ANGEL RODRIGUEZ RODRIG**
Debtor

**/s/ ERICA PEREZ RODRIGUEZ**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **ORIENTAL BANK &**   Cr. ___   Cr. ___
# **61010010131410**   # ___   # ___
$ **7,297.61**   $ ___   $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **MUEBLERIA BERRI**   Cr. ___   Cr. ___
# **509249903**   # ___   # ___
$ **843.60**   $ ___   $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**ORIENTAL BANK &**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: ___
           ☐ Paid 100% / ☐ Other: ___
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
Debtor(s) consents to the LIFT of STAY in favor of Banco Bilbao Vizcaya (account no. 1423).
Priority Claim no. 13 (IRS): $1,132.26.
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to Mueblerias Berrios thru the Trustee in the sum $20.00 per month for the next eight months or until confirmation.
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**   Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| RODRIGUEZ RODRIGUEZ, MIGUEL ANGEL<br>HC 50 BOX 23882<br>SAN LORENZO, PR 00754 | CLARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | PEP BOYS<br>BANK ONE 1802<br>DAYTON, OH 45401-1802 |
| PEREZ RODRIGUEZ, ERICA<br>HC 50 BOX 23882<br>SAN LORENZO, PR 00754 | COMISION DE SERVICIO PUBLICO<br>PO BOX 190870<br>SAN JUAN, PR 00919-0870 | PR TELEPHONE COMPANY<br>PO BOX 71401<br>SAN JUAN, PR 00936-8501 |
| R. Figueroa Carrasquillo<br>Law Office<br>PO Box 193677<br>San Juan, PR 00919-3677 | DPTO DE TRANSPORTACION Y OBRAS PUBLICAS<br>BOX 41269<br>SAN JUAN, PR 00940-1269 | SAM'S CLUB<br>PO BOX 530942<br>ATLANTA, GA 30353-0942 |
| AAA<br>PO Box 70101<br>San Juan, PR 00936-8101 | FINGERHUT CORPORATION<br>PO BOX 2900<br>SAINT CLOUD, MN 56395-2900 | SAMS<br>PO BOX 105980 DEPT 77<br>ATLANTA, GA 30353-5980 |
| AEE<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | GURA COOP<br>CALLE SAN JOSE #54<br>GURABO, PR 00778 | SECURITY CREDIT SERV<br>CITIBANK<br>2653 W OXFORD LOOP<br>OXFORD, MS 38655 |
| BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | T-MOBILE<br>PO BOX 660252<br>DALLAS, TX 75266-0252 |
| CARIBE FINANCE<br>PO BOX 35-200<br>MIAMI, FL 33135-8020 | JC PENNEY<br>PO BOX 364788<br>SAN JUAN, PR 00936-4788 | |
| CENTENNIAL DE PR<br>PO BOX 71514<br>SAN JUAN, PR 00936-8614 | LVNV FUNDING LLC<br>SEARS<br>PO BOX 740281<br>HOUSTON, TX 77274 | |
| CHASE<br>PO BOX 260180<br>BATON ROUGE, LA 70826-0180 | MUEBLERIA BERRIOS<br>PO BOX 674<br>CIDRA, PR 00739-0674 | |
| CITIFINANCIAL<br>PO BOX 499<br>HANOVER, MD 21076 | ORIENTAL BANK & TRUST<br>PO BOX 1952<br>HUMACAO, PR 00792-1952 | |