IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | |
| MIGUEL A RODRIGUEZ RODRIGUEZ<br>ERICA PEREZ RODRIGUEZ<br>DEBTOR(S) | CASE NO. 11-05769-BKT |
| BANCO POPULAR DE PUERTO RICO<br>Movant | CHAPTER 13 |
| VS. | |
| MIGUEL A RODRIGUEZ RODRIGUEZ<br>ERICA PEREZ RODRIGUEZ<br>ALEJANDRO OLIVERAS RIVERA,<br>TRUSTEE | |

**DEBTORS' RESPONSE TO MOTION REQUESTING RELIEF
FROM THE AUTOMATIC STAY**

TO THE HONORABLE COURT:

**COME NOW** debtors in the above captioned case, through the undersigned attorney, and respectfully state and pray as follows:

1. Banco Popular de PR filed a motion requesting relief from the automatic stay basically stating that debtors have three (3) post-petition payments in arrears in their post-petition direct mortgage loan payments.

2. Debtors hereby respectfully submit that they are in the process of obtaining the funds to cure the arrears in direct post-petition payments to Banco Popular de PR, and request an extension of time of thirty (30) days to cure the arrears, which extension of time expire on June 30, 2012.

Page 2
Debtors' Response to Motion Requesting Relief to the Automatic Stay
Case no. 11-05769-BKT

**WHEREFORE,** debtors respectfully request from this Honorable Court to deny the motion for relief from stay filed by Banco Popular de Puerto Rico; debtors request that they be granted additional 30 days to pay the arrears, and/or request the Court to schedule a final hearing.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; Banco Popular de PR c/o Cardona Jimenez Law Offices, Esq; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtors, Miguel A Rodriguez Rodriguez and Erica Perez Rodriguez HC 50 Box 23882 San Lorenzo PR 00754.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 31st day of May, 2012.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC-PR #203614
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO (787)744-78699
FAX NO (787)746-5294
EMAIL: rfigueroa@rfclawpr.com