IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MIGUEL A. RODRIGUEZ RODRIGUEZ
ERICA PEREZ RODRIGUEZ

DEBTORS

CASE NO. 11-05769-BKT

CHAPTER 13

MOTION AND NOTICE OF FILING OF POST-CONFIRMATION
MODIFICATION OF CHAPTER 13 PLAN

**TO THE HONORABLE COURT:**

**COME NOW MIGUEL A. RODRIGUEZ RODRIGUEZ and ERICA PEREZ RODRIGUEZ,** debtors in the above captioned case through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors filed for relief under Chapter 13 of the Bankruptcy Code on July 6, 2011.

2. The debtors have been experiencing some economic problems which have caused them to accumulate some post petition arrears with Oriental Bank.

3. Debtors are able again to commence making current payments to the mortgage, and in order to cure the arrears debtors will require the modification of their confirmed Plan. Section 1329 of the Bankruptcy Code 11 U.S.C. §1329 provides for modification of plan after confirmation in a situation such as herein presented by the debtors.

4. Debtors will require the modification of their Plan to cure the arrears. Bankruptcy Code §1329 provide for modification of plan after confirmation in situations such as debtors.

PAGE -2-
11-05769-BKT

**WHEREFORE** debtors respectfully request the allowance of the requested modification of Plan dated July 23, 2012.

## NOTICE

**Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtors, Miguel A. Rodriguez Rodriguez and Erica Perez Rodriguez; and to all creditors and parties in interest in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico this day 23rd of July, 2012.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USCD-PR #203614
PO BOX 193677
SAN JUAN PR 00919-3677
TEL (787)744-7699
FAX (787)746-5294
EMAIL: rfigueroa@rfclawpr.com

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  Case No. **11-05769-13**

**RODRIGUEZ RODRIGUEZ, MIGUEL ANGEL & PEREZ RODRIGUEZ, ERICA**  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **7/23/2012**  ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION  Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **24** = $ **6,000.00**
$ **335.00** x **27** = $ **9,045.00**
$ **650.00** x **9** = $ **5,850.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **20,895.00**

Additional Payments:
$ ____ to be paid as a LUMP SUM within ____ with proceeds to come from:
☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **20,895.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,874.00**

Signed: **/s/ MIGUEL ANGEL RODRIGUEZ RODRIG**
Debtor

**/s/ ERICA PEREZ RODRIGUEZ**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR  $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **ORIENTAL BANK &** Cr. **ORIENTAL BANK &** Cr. ____
# **61010010131410** # **Post-Petition 1410** # ____
$ **7,297.61** $ **2,397.94** $ ____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **MUEBLERIA BERRI(** Cr. ____ Cr. ____
# **509249903** # ____ # ____
$ **843.60** $ ____ $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**ORIENTAL BANK &**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
☐ Paid 100% / ☐ Other: ____
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
Debtor(s) consents to the LIFT of STAY in favor of Banco Bilbao Vizcaya (account no. 1423).
Priority Claim no. 13 (IRS): $1,132.26.
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to Mueblerias Berrios thru the Trustee in the sum $20.00 per month for the next eight months or until confirmation.
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**  Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

RODRIGUEZ RODRIGUEZ, MIGUEL ANGEL
HC 50 BOX 23882
SAN LORENZO, PR  00754

CLARO
PO BOX 70366
SAN JUAN, PR  00936-8366

PEP BOYS
BANK ONE 1802
DAYTON, OH  45401-1802

PEREZ RODRIGUEZ, ERICA
HC 50 BOX 23882
SAN LORENZO, PR  00754

COMISION DE SERVICIO PUBLICO
PO BOX 190870
SAN JUAN, PR  00919-0870

PR TELEPHONE COMPANY
PO BOX 71401
SAN JUAN, PR  00936-8501

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

DPTO DE TRANSPORTACION Y OBRAS
PUBLICAS
BOX 41269
SAN JUAN, PR  00940-1269

SAM'S CLUB
PO BOX 530942
ATLANTA, GA  30353-0942

AAA
PO Box 70101
San Juan, PR  00936-8101

FINGERHUT CORPORATION
PO BOX 2900
SAINT CLOUD, MN  56395-2900

SAMS
PO BOX 105980 DEPT 77
ATLANTA, GA  30353-5980

AEE
PO BOX 363508
SAN JUAN, PR  00936-3508

GURA COOP
CALLE SAN JOSE #54
GURABO, PR  00778

SECURITY CREDIT SERV
CITIBANK
2653 W OXFORD LOOP
OXFORD, MS  38655

BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR  00936-4745

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

T-MOBILE
PO BOX 660252
DALLAS, TX  75266-0252

CARIBE FINANCE
PO BOX 35-200
MIAMI, FL  33135-8020

JC PENNEY
PO BOX 364788
SAN JUAN, PR  00936-4788

CENTENNIAL DE PR
PO BOX 71514
SAN JUAN, PR  00936-8614

LVNV FUNDING LLC
SEARS
PO BOX  740281
HOUSTON, TX  77274

CHASE
PO BOX 260180
BATON ROUGE, LA  70826-0180

MUEBLERIA BERRIOS
PO BOX 674
CIDRA, PR  00739-0674

CITIFINANCIAL
PO BOX 499
HANOVER, MD  21076

ORIENTAL BANK & TRUST
PO BOX 1952
HUMACAO, PR  00792-1952